UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO, <br><br> Plaintiff, <br><br> v. <br><br> ARIKAT DARWEESH, et al., <br><br> Defendants. | Case No. 19-cv-03434-JSC <br><br> **ORDER RE: PLAINTIFF'S MOTION TO AMEND THE COMPLAINT TO ADD DEFENDANT** <br><br> Re: Dkt. No. 8 |

Now before the Court is Plaintiff's motion to amend the complaint to add a defendant.[1] (Dkt. No. 8.) The motion is unopposed and oral argument is scheduled for December 5, 2019. Having considered the motion, the Court vacates the hearing, *see* N.D. Cal. Civ. L.R. 7-1(b), and terminates the motion because it is unnecessary at this stage of the proceedings.

As the named defendants have yet to appear in this action despite being served and have thus not filed a responsive pleading, Plaintiff may "amend as a right" pursuant to Federal Rule of Civil Procedure 15(a). *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1007-08 (9th Cir. 2015) (noting that where a responsive pleading is required from defendants, a plaintiff has the right to amend "within twenty-one days of service of a responsive pleading or service of a motion under Rule 12(b), (e), or (f), whichever comes first") (citing Fed. R. Civ. P. 15(a)(1)(B)). Neither the text of Rule 15 nor the 2009 advisory committee's notes to the Rule suggest that a party cannot amend as a matter of right *before* the defendant files a responsive pleading, as provided by the pre-2009 version of Rule 15(a). *See Mayle v. Felix*, 545 U.S. 644, 655 (2005) ("Before a responsive pleading is served, pleadings may be amended once as a 'matter of course.'") (quoting pre-2009

---

[1] Plaintiff's counsel attests that the defendant-to-be-added, HMDA Inc., "holds the current business license" for the business operating at the subject property in this Americans with Disabilities Act case. (Dkt. No. 8-1 at ¶ 6.)

Fed. R. Civ. P. 15(a)); *see also In re Cathode Tube (CRT) Antitrust Litig.*, No. C-07-5944-SC, 2014 WL 1305040, at ¶ 3-4 (N.D. Cal. Mar. 28, 2014) (rejecting the defendants' argument that "if twenty-one days passes from the date of service, but an opposing party never files a responsive pleading or Rule 12 motion, a plaintiff cannot amend without court order").

Accordingly, Plaintiff's motion is not necessary because he may amend as a matter of right pursuant to Rule 15(a)(1)(B).

This Order terminates Dkt. No. 8.

**IT IS SO ORDERED.**

Dated: November 18, 2019

JACQUELINE SCOTT CORLEY
United States Magistrate Judge