RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Daniel Castillo-Antonio<br><br>　　　　　　Plaintiff,<br><br>Vs.<br><br>Arikat Darweesh, et al.,<br><br>　　　　　　Defendants. | Case Number 19-3434 WHO<br><br>STATUS REPORT |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

1. On March 26, 2020, the Court issued its Order Granting Motion to Withdraw as Attorney and Issuing 90-day Stay. (Docket #24.) There, the Court stated "Because withdrawal is not accompanied by simultaneous appearance of substitute counsel, papers may continue to be served on [former attorney] Corfee for forwarding purposes unless and until defendants appear by other counsel or pro se. The matter is also stayed for ninety days (90) to allow defendants reasonable time to find new counsel and file substitution of counsel." (Page 2, lines 11 to 14.)

2. Docket #24 is the last docket entry. No substitution of counsel has been filed.

3. On June 29, 2020, plaintiff's counsel sent a letter to former counsel Catherine M. Corfee, asking to set up the joint site inspection under General Order No. 56. No answer has been received.

Case Status Report - 19-3434 WHO

4. Plaintiff is unable to move this ADA access case forward to the next step (the joint site inspection) because the former counsel, Catherine Corfee, is not responding, and the defendants are also not responding. Plaintiff requests an order from the Court clarifying that defendants are obligated to cooperate to set up the joint site inspection pursuant to General Order No. 56, whether they have engaged new counsel or are proceeding in pro per.

Respectfully submitted, under penalty of perjury under the laws of the State of California,

Date: July 27, 2020

Signed: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff

---