RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289 Fax 510-439-2786
Attorney for Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Daniel Castillo-Antonio | Case Number 19-3434 WHO |
| Plaintiff, | |
| Vs. | PLAINTIFF'S STATUS REPORT |
| Arikat Darweesh, et al., | |
| Defendants. | |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

1. Plaintiff's counsel apologizes to the Court for not filing this status report earlier.

2. The site inspection took place on September 23, 2020. Present were plaintiff's counsel Richard Mac Bride, plaintiff's expert Roberto Cortez, and Suliman Arikat, who is the president, secretary, treasurer, and agent for service of process of defendant HMDA Inc., and is the day-to-day operator of the business, a gas station and mini-mart.

3. Plaintiff's counsel continues to be unable to establish direct contact with defendants Yahya Korin (the property owner) and Arikat Darweesh (the owner of the fictitious business name for the business). Neither Yahya Korin nor Arikat Darweesh has made any effort to contact plaintiff or his counsel directly. Except for the period when attorney Catherine Corfee was the defense counsel of record, defendants Korin and Darweesh have always communicated through non-attorney intermediaries, including Mr. Suliman Arikat (the president of their co-defendant HMDA Inc.). Plaintiff has been informed by the defense side that defendant Yahya Korin, who owns the real property, is in Yemen and cannot be contacted.

4. This presents a problem in that, in order to file the Notice of Need for Mediation, the parties must first have participated in the settlement meeting under General Order No. 56. Defendants Yahya Korin and Arikat Darweesh have not participated in any way since the beginning of this case, other than when (then) defense attorney Catherine Corfee filed an answer on behalf of all defendants (Docket #15). Therefore, it appears to be impossible to carry out the settlement meeting that is called for in General Order No. 56, in that not all parties will be present. Suliman Arikat, the president of defendant HMDA Inc., has expressed willingness to meet with plaintiff to discuss settlement. Plaintiff's counsel has had a telephone conversation with intermediaries to set this up, but nothing has been agreed to as yet regarding a meeting, due in part to the issue of the participation of Yahya Korin and Arikat Darweesh, and whether Suliman Arikat will have authority to speak for them and bind them to a settlement agreement. Nonetheless, plaintiff is willing to meet with Suliman Arikat alone to discuss settlement, in order to try to move this case forward. Such meeting may be possible in the next 7 days.

5. Plaintiff wishes to point out that since the time that attorney Catherine Corfee withdrew as counsel, defendant HMDA, Inc. does not have any counsel of record.

6. The Court has set a Zoom hearing (Case Management Conference) for tomorrow, October 20, 2020, at 2 pm. (Docket #32.) Unfortunately, at that same date and hour, plaintiff's counsel had already set up a settlement meeting pursuant to General Order No. 56 in the case of Sepulveda v. Lakeshore 76, Inc., 20-4635 DMR. That settlement meeting has been complicated to set up, and involves attendance by plaintiff, his counsel, defendants, and their counsel. Also, notice of this Court's Zoom Case Management Conference for tomorrow was sent to attorney Catherine Corfee; it is not clear that she is still in contact with defendants, and so there is a risk that defendants may not even become aware of tomorrow's hearing. For these reasons, plaintiff respectfully requests that the Court postpone this Zoom Case Management Conference for one week, to October 27, 2020, at 2 pm. This will give time for plaintiff's counsel to independently notify defendants of the hearing (or at least, notify Suliman Arikat as well as other intermediaries who are in contact with plaintiff's counsel), and postponement will also give

further time for the parties to hopefully meet and try to move the case forward so as to have more substance to report to the Court in a week.

Respectfully submitted, under penalty of perjury under the laws of the State of California,

Date: October 19, 2020

Signed: Richard A. Mac Bride /s/ Richard A. Mac Bride, Attorney for Plaintiff

___

Case Status Report - 19-3434 WHO