UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO,<br><br>Plaintiff,<br><br>v.<br><br>ARIKAT DARWEESH, et al.,<br><br>Defendants. | Case No. 19-cv-03434-WHO<br><br>**ORDER TO SHOW CAUSE REGARDING CONTEMPT**<br><br>Re: Dkt. Nos. 26, 28, 31 |

Defendants have ignored three prior Orders of this Court (Dkt. Nos. 26, 28 and 31) to comply with General Order 56. They have been warned that "[f]ailure to comply can lead to monetary sanctions and litigation-related sanctions, including striking all defendants' pleadings and entry of a default judgment." Dkt. Nos. 28, 31. They failed to appear at yesterday's Case Management Conference. Plaintiff's counsel reports that neither defendant Yahya Korin (the property owner) nor Arikat Darweesh (the owner of the fictitious business name for the business) has made any effort to contact him or the plaintiff, and that defendant HMDA Inc. has no counsel. Suliman Arikat, the president of HMDA Inc., has been somewhat responsive, according to plaintiff's counsel, and some work has been accomplished to remedy the ADA problems identified by plaintiff. But more work remains to be done, according to plaintiff.

Enough is enough. Defendants are ORDERED TO SHOW CAUSE on or before November 13, 2020 why their answers should not be stricken and a default judgment (including injunctive relief requiring further remediation and attorney's fees for plaintiff, assessed jointly and severally against all defendants) entered in favor of plaintiff, as a result of their wholesale failure to comply with the Orders of this Court and General Order 56. Defendants shall file declarations under penalty of perjury by November 13, 2020, explaining their noncompliance and the manner in which they intend to resolve or otherwise address this case. If necessary, I will then schedule a

hearing to consider the sufficiency of the response. Absent a sufficient response, I will enter default and request that plaintiff file a motion for default judgment that requests all remedies to which he is entitled. Plaintiff shall ensure service of this Order on defendants.

**IT IS SO ORDERED.**

Dated: October 28, 2020



William H. Orrick
United States District Judge